AMERICAN BOSCH MAGNETO CORPORATION, Respondent, v. BOSCH RADIO CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

TIMOTHY O'KEEFE, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the grounds that the verdict was against the weight of the evidence and the plaintiff guilty of contributory negligence. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PHILIP BAER, Respondent, Appellant, v. NATIONAL SURETY COMPANY, Appellant. FEDERAL INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs to the defendant, respondent, Federal Insurance Company against the appellants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER MCCARTHY, Appellant, Impleaded, etc.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALICE CAVANAGH, Individually, and EUGENE CAVANAGH and Another, Infants, etc., Appellants, v. MARY CAVANAGH, Individually and as Life Tenant and as Executrix, etc., of JOHN CORBITT, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALICE CAVANAGH, Individually, and EUGENE CAVANAGH and Another, Infants, etc., Appellants, v. MARY CAVANAGH, Individually and as Life Tenant and as Executrix, etc., of JOHN CORBITT, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of OFFICER, Respondent, v. DANIEL HENRY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RUDOLPH RAPHAEL, Appellant, v. SADIE RAPHAEL, Respondent.— Judgment reversed and judgment directed annulling the marriage between plaintiff and defendant, on the authority of *Rutstein* v. *Rutstein* (221 App. Div. 70). Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent and vote for affirmance on the authority of *Mirizio* v. *Mirizio* (242 N. Y. 74). Present order containing findings of fact and conclusions of law.

MORRIS ALPERSTEIN, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; McAvoy, J., dissents.

ALBERT B. ASHFORTH, INC., Respondent, v. YERVANT MAXUDIAN and Others, Defendants, Impleaded with RICHARD B. HAND, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Richard B. Hand to answer within twenty days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE TWENTY-FIVE BROADWAY CORPORATION, Respondent, v. BOOTH & FLINN, LIMITED, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.